AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED-CLERK
U.S. DISTRICT COURT
2016 OCT 11 PM 12: 37
TX EASTERN-MARSHALL
BY_____

| | |
|---|---|
| Marking Object Virtualization Intelligence, LLC <br><br> *Plaintiff(s)* <br> v. <br> Dell Inc.; F5 Networks, Inc.,; and SAP America, Inc. <br><br> *Defendant(s)* | Civil Action No. 2:16-cv-1066 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SAP America, Inc.
c/o CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dorian S. Berger
Berger & Hipskind LLP
1880 Century Park East, Ste. 815
Los Angeles, CA 95047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____9/30/16_____          David A. O'Poole
                                 *Signature of Clerk or Deputy Clerk*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Dorian Berger SBN 264424<br>Capshaw DeRieux, LLP<br>114 E. Commerce Ave.<br>Gladewater TX 75647<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>(903) 235-2833<br><br>Ref. No. or File No.<br>1515-001 | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - EASTERN DISTRICT, MARSHALL<br>100 East Houston Street<br>Marshall, TX 75670 | | |
| SHORT TITLE OF CASE:<br>Marking Object Virtualiation Intelligence, LLC v. Dell, Inc. | | |

| INVOICE NO.<br>1343492-03 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:16-cv-1066 |
|---|---|---|---|---|

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons in a Civil Action; Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Exhibits to Complaint; Civil Cover Sheet;

On: SAP America, Inc.

At: 1999 Bryan Street, Ste. 900
    Dallas, TX 75201

In the above mentioned action by personally serving to and leaving with

Laura Perez

Whose title is: Agent for Service for CT Corporation System

On: 10/4/2016              At: 02:15 PM

Person who served papers

CONTINUED ON NEXT PAGE

**Declaration of Service**

Billing Code: 1515-001

| PLAINTIFF/PETITIONER: | Marking Object Virtualiation Intelligence, LLC | CASE NUMBER: 2:16-cv-1066 |
|---|---|---|
| DEFENDANT/RESPONDENT: | Dell, Inc. | |

a. Name: Caleb Malone
b. Address: 14748 Pipeline Ave Suite B, Chino Hills, CA 91709
c. Telephone number: 909-664-9577
d. The fee for this service was: 190.00
e. I am:
(3) [X] a registered TX process server:
    (i) [X] Independent Contractor
    (ii) Registration No.:
    (iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

10/5/2016

Caleb Malone

**Declaration of Service**

Billing Code: 1515-001